UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CEDRIC DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 3:14-cv-2396 |
| v. | ) Judge Sharp |
| | ) |
| METROPOLITAN POLICE | ) |
| DEPARTMENT, et al. | ) |
| | ) |
| Defendants. | ) |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 130), recommending that the Court deny Plaintiff Cedric Dixon's two Motions to Amend (Docket Nos. 74, 80). Dixon has not filed any objections to the R & R.

In his Motions to Amend, Dixon seeks to add two new defendants: Officers Michael Hotz and Byron Carter. (Docket Nos. 74, 80.) His claims against both officers arise from the same March 17, 2014 incident that he alleged in his original complaint. But, as the Magistrate Judge pointed out, Dixon filed his Motions to Amend on September 11, 2015 (Docket No. 74) and September 22, 2015 (Docket No. 80). The Magistrate Judge concluded that Dixon had filed his Motions well past the one-year statute of limitations for excessive force claims, and that neither amendment relates back to his original complaint pursuant to Rule 15(c) of the Federal Rules of Civil Procedure.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 130) is hereby ACCEPTED and APPROVED; and

(2) Dixon's Motions (Docket Nos. 74, 80) are DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE